AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

Nancy S. MacDonald,
Plaintiff

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Commonwealth Receivables, Inc. and
Chad E. Goldstone,
    Defendants

**05 CV 11136 RWZ**

TO: (Name and address of defendant)

Commonwealth Receivables, Inc.
1 Brook Street
Watertown, MA 02172

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



_____ORNTON_____    ___6-1-05___
CLERK                                                                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                              Signature of Server

                                              _____
                                              Address of Server

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

July 1, 2005

I hereby certify and return that on 6/30/2005 at 9:50AM I served a true and attested copy of the SUMMONS AND AMENDED COMPLAINT WITH EXHIBITS in this action in the following manner: To wit, by delivering in hand to JEFF GRIFFIN, agent, person in charge at the time of service for COMMONWEALTH RECEIVABLES, INC., at , 1 BROOK Street, WATERTOWN, MA 02172. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($2.56), Special Service Fee ($15.00) Total Charges $54.76

*John F. Kennedy*

Deputy Sheriff