AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

Nancy S. MacDonald,
  Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Commonwealth Receivables, Inc. and
Chad E. Goldstone,
  Defendants

**05 cv 11136 RWZ**

TO: (Name and address of defendant)

Chad E. Goldstone, President, Commonwealth Receivables, Inc.
c/o William Francis Galvin, Secretary of the Commonwealth of Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK ............NTON         DATE  6-1-05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 19 July 2005 |
| NAME OF SERVER (PRINT)  WARREN M. SCHUR | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Substitute service on William Francis Galvin, Secretary of the Commonwealth of Massachusetts, by leaving Summons and Complaint with Dan Wendell, Compliance Officer, in Room 1710, 1 Ashburton Place, Boston, Massachusetts, at approximately 1:30 pm on July 19, 2005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $20.00 | TOTAL  $20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  19 July 2005
            Date

Signature of Server: Warren M. Schur

Address of Server: 1 Devonshire Place #3710, Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.