## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY S. MacDONALD ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 05-11136 RWZ |
| ) | |
| COMMONWEALTH RECEIVABLES, INC. ) | |
| and CHAD E. GOLDSTONE, ) | |
|     Defendants. ) | |

### STIPULATION OF DISMISSAL

The Plaintiff, Nancy S. MacDonald, and the Defendants, Commonwealth Receivables, Inc. and Chad E. Goldstone, by their attorneys do stipulate and agree that the above action be dismissed with prejudice, waiving all rights of appeal, and each party to bear its own costs.

| The Plaintiff, by her attorney, | The Defendants, by their attorney, |
|---|---|
| s/Yvonne W. Rosmarin | s/ John J. O'Connor   (yr) |
| Yvonne W. Rosmarin  BBO# 566428 | John J. O'Connor  BBO# 555251 |
| Law Office of Yvonne W. Rosmarin | Peabody & Arnold LLP |
| 58 Medford Street | 30 Rowes Wharf |
| Arlington, MA 02474 | Boston, MA 02110 |
| 781-648-4040 | 617-951-2100 |